**REDACTED, Petitioner**

v.

**REDACTED, Respondents**

**No. 173 MM 2014**

Supreme Court of Pennsylvania.

December 30, 2014

**ORDER**

PER CURIAM

**AND NOW,** this 30th day of December, 2014, the Petition for Permission to Appeal is **GRANTED.** The parties are directed to brief the following issues:

1)   When counsel for a nonprofit corporation believes that charitable assets are being unlawfully diverted, may counsel disclose this information to the Attorney General's office, as parens patriae for the public to whom the charity and its counsel owe a fiduciary duty?

REDACTED

REDACTED

REDACTED

The Application to File Under Seal is **GRANTED.** The Prothonotary is **DIRECTED** to establish a briefing schedule, with the direction that the matter shall be submitted on the briefs.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James E. LEWIS, Petitioner**

**No. 302 EAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

**ORDER**

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**JIN FU ZHONG and Tong Shing Restaurant, Inc., Petitioners**

v.

**TSIWEN LAW, ESQUIRE, Sharon Rose Lopez, Esquire, Triquetra Law, Jean C. Wang, Esquire and Wang Law Office, PLLC, Respondents**

**No. 282 EAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

**ORDER**

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**